**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000553**
**01-APR-2021**
**09:27 AM**
**Dkt. 62 ODMR**

NO. CAAP-20-0000553

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


JIMMY FILOMENO ENOCENCIO, Plaintiff-Counterclaim
Defendant/Appellant, v.
KAMEHAMEHA SCHOOLS BISHOP ESTATE, AKA: KSBE;
PRESIDENT, OFFICERS, BOARD OF DIRECTORS, TRUSTEES, AND
DOES 1-10 INCLUSIVE; KAMEHAMEHA SCHOOLS-LAND ASSET
DIVISION-HAWAIʻI ISLAND, AKA: KS-LAD-HI NAMELY,
MARISSA HARMON, LEANNE OKAMOTO, ALAPAKI NAHALEʻA,
JAIME WONG, DALE FERGUSTROM, TANYA ANDRADE, KAʻEʻO DUARTE,
NEIL HANNAHS, Defendants-Counterclaimants/Appellees,
and DOES 1-10 INCLUSIVE, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC181000090)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the March 28, 2021 Opposition to Appellate Court Decision Granting Motion to Dismiss (**Motion**), which we construe as a motion to reconsider the court's March 18, 2021 Order Granting Motion to Dismiss Appeal, by self-represented Plaintiff-Counterclaim Defendant/Appellant Jimmy Filomeno Enocencio (**Enocencio**), the papers in support, and the record, it appears Enocencio has not presented any point of law or fact that

we have overlooked or misapprehended.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, April 1, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge